# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

EMERY YAZZIE

ELECTRONIC CRIMINAL COMPLAINT
(Redacted)

CASE NUMBER: 19-4169

I, <u>FBI SA John A. Garcia</u>, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about June 19, 2019, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, **EMERY YAZZIE**, an adult Indian male, did knowingly, intentionally, and recklessly assault Jane Doe, an individual who had not attained the age of 16 years, in violation of Title 18, United States Code, Sections 113(a)(5) and 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

REVIEWED BY: <u>/s AUSA Paul V. Stearns</u>  PVL

__X__ Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

<u>John A. Garcia, Special Agent, FBI</u>
Complainant's Name and Title

__X__ Sworn by Telephone

Complainant's Signature     Date: 6-28-19

6/28/2019 @ 5:56 pm
Date/Time

<u>Flagstaff, Arizona</u>
City and State

<u>Camille D. Bibles, U.S. Magistrate Judge</u>
Name & Title of Judicial Office

<u>Camille D Bibles</u>
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONIC REDACTED AFFIDAVIT**

The undersigned, being duly sworn, states under oath as follows:

1. I, John A. Garcia, am a Special Agent ("SA") for the Federal Bureau of Investigation ("FBI") and have been so employed since January of 2019. I previously served as a sworn law enforcement officer for approximately 10 years with the Savannah Police Department, Savannah, GA. In this assignment, I was a criminal investigator and received extensive training in criminal investigations. Additionally, I served as a deputized Task Force Officer with the FBI in Savannah.

2. The information contained in this affidavit is based on your affiant's investigation and knowledge, as well as information derived from reports and interviews of the law enforcement officers and/or witnesses named herein. Because this affidavit is made for the limited purpose of establishing probable cause, your affiant has not listed every fact known concerning this investigation.

**Introduction**

3. This case involves an assault by Emery Yazzie (Yazzie), an adult Indian male, on Jane Doe, a six-year of female, in violation of 18 U.S.C. §§ 113(a)(5) and 1153. The assault occurred within the confines of the Navajo Nation Indian Reservation (Indian Country) in the District of Arizona on or about June 19, 2019.

1

4. Emery Yazzie (Yazzie) is an Indian. He is an enrolled member of the Navajo Nation Indian Tribe, a federally recognized tribe.

5. Yazzie is the common law spouse of LJ, a Navajo Indian, and he is the father of Jane Doe.

6. Yazzie lives with LJ and Jane Doe on the Navajo Nation Indian Reservation, in the District of Arizona, in Chilchinbeto, Arizona.

## The Assault

7. On June 19, 2019, Navajo Nation Police Officers were called to Yazzie's residence in reference to Yazzie harassing family members and threatening to burn down their residence. Office Tsosie responded and began an investigation.

8. LJ was interviewed. She provided a written statement that I have reviewed. In summary, LJ reported that on the evening of June 19, 2019, Yazzie came back to their residence, he was intoxicated, and he smelled like alcohol.

9. LJ and Jane Doe were about to watch a movie together. Yazzie became upset and started yelling and cussing at them. Jane Doe tapped Yazzie on the leg and told him to calm down and to stop yelling. Yazzie told Jane Doe that he was going to put her into a chokehold.

10. LJ heard Jane Doe start to yell. LJ looked in the living room and saw that Yazzie was choking Jane Doe by using his forearm to press against the throat of Jane Doe and to push Jane Doe up against a bookshelf.

11. LJ ran over to Yazzie and had to strike him to get him to let Jane Doe go. LJ told Jane Doe to run from the house and to run to her grandmother's house. Jane Doe fled from the house; she was crying and holding her neck.

12. Yazzie broke the TV in the house and told LJ that he was going to burn down the house. LJ fled to Yazzie's parent's house next door.

13. LJ and Yazzie's family called the police and locked themselves in the house. Yazzie continued to break property outside of the house, scream at them, and ask them if they were really going to call the police on him.

14. While Yazzie was breaking things, Yazzie's mother fled from the house with Jane Doe and another child, and they hid in some nearby woods.

15. Navajo Nation Police arrived and Yazzie took off running on foot. Officer Tsosie tracked Yazzie, found him hiding behind a bush, and detained him.

16. Officer Tsosie placed Yazzie into this vehicle and then documented all of the damaged property at the house, which included broken electronics, two broken windshields, a gas line ripped out of the house, and window screens ripped off and torn.

17. The Navajo Nation police initially charged Yazzie; however, Yazzie has since been released from tribal custody.

18. The victim, Jane Doe, is under the age of 16.

19. Based on the foregoing, I believe that there is probable to support violations of federal law, 18 U.S.C. §§ 113(a)(5) and 1153.

20. I respectfully request an arrest warrant for Emery Yazzie.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____          6-28-19
John A. Garcia                                             Executed on (Date)

X_____ Sworn by Telephone

Date/Time: 6/28/2019 @   5:56 pm

_____
Camille D. Bibles
United States Magistrate Judge

4